Neal IZZO

v.

CHARLES FRADIN, INC.

No. 84–280–M.P.

Supreme Court of Rhode Island.

June 21, 1984.

Raul L. Lovett/Marc B. Gursky, Providence, for petitioner.

Edward P. Sowa, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

AMICA MUTUAL INSURANCE CO.

v.

Richard PAOLINO.

No. 84–285–A.

Supreme Court of Rhode Island.

June 28, 1984.

David P. Whitman, Providence, for petitioner.

Ronald J. Resmini, Providence, for respondent.

ORDER

The petitioner's motion to dismiss the respondent's appeal as interlocutory is granted. Respondent's motion for stay is denied.

MURRAY, J., did not participate.

John F. COGAN, Jr. et al.

v.

CITY COUNCIL OF the CITY OF NEWPORT, et al.

No. 83–616–A.

Supreme Court of Rhode Island.

June 28, 1984.

Edward J. Corcoran, Newport, Joseph DeAngelis, Providence, for plaintiffs.

Turner C. Scott, City Sol., for defendants.

ORDER

The plaintiffs' motion to dismiss the City's appeal as moot is granted.

MURRAY, J., did not participate.